IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA §
§
v. § MAG. DOCKET NO.: 3-12-mj-154
§
ERIKA PERDUE § CRIMINAL NO.: _____
§
§

## ENTRY OF APPEARANCE OF COUNSEL

[✓] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: 11 April 2012

_____
Signature of Attorney

Deborah Goodall
Attorney Name (Please Print)

TX 08140950
Attorney Bar Number

3131 McKinney Ave
Address

Suite 600

Dallas TX 75204

214 741 4000
Telephone (including area code)