**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CR-134-L |
| | § | |
| ERIKA SUSAN PERDUE, | § | E.C.F. |
|     Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE**

Defendant, ERIKA SUSAN PERDUE, through counsel, has filed an Unopposed Motion for Continuance. Said motion, in accordance with the findings set forth below, on this _____ day of May, 2012, is **GRANTED**.

In accordance with 18 U.S.C. § 3161(h)(8)(B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and the defendant in a speedy trial. In this regard, the Court has considered factors which indicate that its failure to grant this motion would deny the defendant the ability to assist in her defense and would deny counsel for defendant reasonable time and ability necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

A new scheduling order will be provided.

SIGNED May _____, 2012.

 

_____
**SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE**