ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 27 2012
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO. 3:12-CR-134-L |
| | | |
| ERIKA SUSAN PERDUE | | |

### DETENTION ORDER

On June 26, 2012, the above-named Defendant, represented by counsel, appeared before the Magistrate Court for a hearing on the Government's Motion to Reopen Detention Hearing and Revoke Pretrial Release. The Court having heard evidence from the Government and the Defendant, this Court finds probable cause that Ms. Perdue would be a flight risk and a danger to the safety of the community and herself if released from custody during the pendency of this action. Ms. Perdue has been in psychiatric treatment in a facility of her choosing, and while in that facility she attempted suicide and continues to threatened suicide, and was terminated from treatment facility due to threatening behavior. Ms. Perdue is charged with possessing and distributing child pornography in United States District Court for the Northern District of Texas. The Court grants the government's motion revoke Defendant's conditions of release based on the nature of the criminal violations, and Ms. Perdue's attempted suicide, as well as her being terminated from the treatment facility. Therefore, the Court finds there is no condition or combination of conditions of release which could be set which would reasonably assure Ms.

Perdue's appearance at future court hearings and protect the safety of the community.

It is ORDERED that Defendant be, and she is hereby, committed to the custody of the Attorney General and United States Marshal's for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, and that Defendant, while being so held, be afforded reasonable opportunity for private consultation with her counsel.

It is further ORDERED that, on an Order of a Court of the United States or at the request of the attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceedings in the Northern District of Texas.

Signed this 27th day of June, 2012.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE