IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CR-134-L |
| | § | |
| ERIKA SUSAN PERDUE, | § | E.C.F. |
|     Defendant. | § | |

## DEFENDANT'S MOTION TO WITHDRAW MOTION FOR TRANSFER TO FMC CARSWELL FOR MEDICAL CARE

TO THE HONORABLE COURT:

Defendant Erika Susan Perdue respectfully moves this Court for an order permitting withdrawal of her prior motion, entitled "Defendant's Unopposed Motion for Transfer to FMC Carswell for Medical Care," and in support presents the following:

1.  After the Motion to Transfer was filed, it was established that the relief requested in that Motion could not be granted, in that FMC Carswell is not a facility available for the transfer or housing of Defendants in Mr. Perdue's present situation.

2.  Counsel spoke with Assistant United States Attorney Camille E. Sparks who stated that the government does not oppose this motion.

WHEREFORE, Defendant Perdue respectfully asks the Court to grant this Motion and issue an order permitting Defendant's Unopposed Motion for Transfer to FMC Carswell for Medical Care to be withdrawn.

Respectfully submitted,

/s/ Deborah Goodall
Deborah Goodall
3131 McKinney Avenue
Suite 600
Dallas, Texas 75204
214.741.4000
214.484.8434 (facsimile)
Texas Bar No. 08140950

George C Johnson, Jr.
Law Office of Buck Johnson
2777 Stemmons Freeway, Suite 1300
Dallas, Texas 75207
214-623-6015
469-637-2118 (facsimile)

F. Clinton Broden
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)

Attorneys for Defendant
Erika Susan Perdue

## CERTIFICATE OF CONFERENCE

I certify that I spoke with AUSA Camille Sparks about this Motion and the grounds therefor, and she expressed no objection to the Court's ordering this transfer.

/s/ Deborah Goodall_____
**DEBORAH GOODALL**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2012, I caused a copy of the foregoing Motion to be delivered to the Honorable Sam A. Lindsay, United States District Judge, Northern District of Texas; and Assistant United States Attorney Camille E. Sparks, at 1100 Commerce Street, Dallas, Texas, 75202.

/s/ Deborah Goodall
**DEBORAH GOODALL**