# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CR-134-L |
| | § | |
| ERIKA SUSAN PERDUE, | § | E.C.F. |
|     Defendant. | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE COURT:

Defendant Erika Susan Perdue respectfully moves this Court for a continuance of the trial and associated dates in this case, and in support presents the following:

1. The Court has entered a Scheduling Order in this case setting the deadline for Motions on November 26, 2102, responses on December 10, 2012, and trial on January 22, 2013.

2. The defense requests this continuance in the interests of justice. Counsel spoke with Assistant United States Attorney Camille E. Sparks who stated that the government does not oppose this motion.

3. Should the Court grant the requested continuance, the defense agrees that any period of delay resulting therefrom, made necessary by this request for continuance, shall be excludable under 18 U.S.C. § 3161(h)(7)(A). Additionally, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

4. The defense requests a continuance of at least 60 days from the current trial date.

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE – Page 1

WHEREFORE, Defendant Perdue respectfully asks the Court to grant this Motion for Continuance.

                Respectfully submitted,

                /s/ Deborah Goodall
                Deborah Goodall
                3131 McKinney Avenue
                Suite 600
                Dallas, Texas 75204
                214.741.4000
                214.484.8434 (facsimile)
                Texas Bar No. 08140950

                George C Johnson, Jr
                Law Office of Buck Johnson
                2777 Stemmons Freeway, Suite 1300
                Dallas, Texas 75207
                214-623-6015
                469-637-2118 (facsimile)

                F. Clinton Broden
                Broden & Mickelsen
                2600 State Street
                Dallas, Texas 75204
                214-720-9552
                214-720-9594 (facsimile)

                Attorneys for Defendant
                Erika Susan Perdue

## CERTIFICATE OF CONFERENCE

I certify that I spoke with AUSA Camille Sparks about this Motion and the grounds therefor, and she expressed no objection to the Court's granting a continuance.

/s/ Deborah Goodall
**DEBORAH GOODALL**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I caused a copy of the foregoing Motion to be delivered to the Honorable Sam A. Lindsay, United States District Judge, Northern District of Texas; and Assistant United States Attorney Camille E. Sparks, at 1100 Commerce Street, Dallas, Texas, 75202.

/s/ Deborah Goodall
**DEBORAH GOODALL**

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE – Page 3