**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CR-134-L |
| | § | |
| **ERIKA SUSAN PERDUE,** | § | E.C.F. |
| Defendant. | § | |

### DEFENDANT'S MOTION TO FILE UNOPPOSED MOTION FOR CONTINUANCE UNDER SEAL

TO THE HONORABLE COURT:

Defendant Erika Susan Perdue respectfully moves this Court for an order permitting her to file Defendant's Unopposed Motion for Continuance under seal, and in support presents the following:

This case has been the subject of media attention and Defendant believes that the grounds for her motion for continuance should not be made part of the public record of this case.

WHEREFORE, Defendant Perdue respectfully asks the Court to grant this Motion and issue an order permitting Defendant to file her Unopposed Motion for Continuance under seal.

              Respectfully submitted,

              /s/ Deborah Goodall
              Deborah Goodall
              3131 McKinney Avenue
              Suite 600
              Dallas, Texas 75204
              214.741.4000
              214.484.8434 (facsimile)
              Texas Bar No. 08140950

George C Johnson, Jr.
Law Office of Buck Johnson
2777 Stemmons Freeway, Suite 1300
Dallas, Texas 75207
214-623-6015
469-637-2118 (facsimile)

F. Clinton Broden
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)

Attorneys for Defendant
Erika Susan Perdue

**CERTIFICATE OF CONFERENCE**

I certify that I spoke with AUSA Camille Sparks about this Motion, and she expressed no objection to the Court's granting the Motion.

/s/ Deborah Goodall
**DEBORAH GOODALL**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, I caused a copy of the foregoing Motion to be delivered to the Honorable Sam A. Lindsay, United States District Judge, Northern District of Texas; and Assistant United States Attorney Camille E. Sparks, at 1100 Commerce Street, Dallas, Texas, 75202.

/s/ Deborah Goodall
**DEBORAH GOODALL**