IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-134-L |
| | § | |
| ERIKA SUSAN PERDUE | § | |

## **ORDER**

Before the court is Defendant's Motion to Withdraw Motion for Continuance, filed November 27, 2012. After careful consideration, the court **grants** the motion. Defendant Perdue's Unopposed Motion for Continuance (document no. 47) is hereby withdrawn.

**It is so ordered** this 29th day of November, 2012.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Solo Page