UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-134-L |
| | § | |
| ERIKA SUSAN PERDUE | § | |

## ORDER RESETTING TRIAL

Before the court is Defendant Erika Susan Perdue's Unopposed Sealed Motion for Continuance, filed November 29, 2012. Upon consideration of the motion and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

Defendant Perdue requests a continuance until May 20, 2013, because of the reasons stated in the sealed motion. In accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), this court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and Defendant in a speedy trial. In this regard, this court has considered factors indicating that its failure to grant this motion would deny counsel for Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from this court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, the current trial setting of January 22, 2013, is hereby **vacated**, and this case is **reset** for trial on **Monday, May 20, 2013,** at **9:00 a.m. No further continuances will be granted unless exceptional or extraordinary circumstances exist.**

Order Resetting Trial – Page 1

The following revised scheduling order is issued for Defendant Erika Susan Perdue:

**Motion Deadline:**           March 15, 2013, at 4:00 p.m.

**Motion Response Deadline:**  March 29, 2013, at 4:00 p.m.

**Trial Setting**:             May 20, 2013, at 9:00 a.m.

All other portions of the court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered** this 30th day of November, 2012.

                                             Sam A. Lindsay
                                        United States District Judge