IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO.: 3:12-CR-134-L |
| | § | ECF |
| ERIKA SUSAN PERDUE | § § | |

**ENTRY OF APPEARANCE OF COUNSEL**

I enter my appearance as *retained* counsel for the above-named defendant in this cause. Attorney McLain is not replacing any counsel currently retained on this case, but Defendant Perdue has designated Attorney McLain as lead counsel in this matter.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: 27 December 2012

                                              Respectfully submitted,

                                              /s/ Patrick J. McLain
                                              Patrick J. McLain
                                              Attorney for Defendant Erika Perdue
                                              Texas State Bar No. 13737480
                                              3131 McKinney Avenue, Suite 825
                                              Dallas, Texas 75204
                                              Telephone: 214.416.9100
                                              Facsimile: 214.416.9107
                                              Email: patrick@patrickjmclain.com